IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>vs.<br><br>Roberto Carillo-Bastida, ,<br><br>     Defendant. | No. 14-CR-71-TUC-CKJ (CRP)<br><br>**ORDER** |

On May 15, 2014, Magistrate Judge Charles R. Pyle issued a Report and Recommendation (Doc. 50) in which he recommended granting Defendant's Motion for Duress Instruction. (Doc. 33). No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1). Further, pursuant to Rule 59, Federal Rules of Criminal Procedure, failure to file an objection waives a party's right to review.

Accordingly, after an independent review, IT IS ORDERED that the Report and Recommendation (Doc. 50) is ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion for Duress Instruction is GRANTED. (Doc. 33).

Dated this 12th day of June, 2014.

_____
Cindy K. Jorgenson
United States District Judge