# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Roberto Carrillo-Bastida,<br><br>            Defendant. | No. CR-14-00071-001-TUC-RM (CRP)<br><br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress Evidence (Doc. 43) and Motion to Dismiss Indictment (Doc. 51).

Magistrate Judge Pyle conducted a hearing on June 10, 2014, and issued his Report and Recommendation on defendant's motions.  A copy was sent to all parties.  No objections to the Magistrate Judge's Report and Recommendation have been filed.  Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

/ / /

/ / /

/ / /

1
2         IT IS FURTHER ORDERED that the Defendant's Motion to Suppress and Motion
3 to Dismiss are denied.
4
5         Dated this 14th day of July, 2014.
6
7
8                                                     _____
9                                                     Honorable Rosemary Márquez
                                                      United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28